1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS HICKS, on behalf of himself
and all others similarly situated,

Plaintiff,

v.

FIVE BELOW, INC.,

Defendant.

**Case No.  2:23-cv-00638-JLS-MRW**

**ORDER DISMISSING ACTION
PURSUANT TO F.R.C.P. 41 (Doc. 14)**

Pursuant to the parties' Stipulation of Dismissal (Doc. 14), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The action is dismissed with prejudice as to plaintiff Chris Hicks and without prejudice as to the class allegations in the Complaint.  The Parties will each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:  April 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE